IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN MCCAIN,

        Plaintiff,                    No. CIV-S-11-1265-KJM-KJN-PS

       v.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.             ORDER

                                     /

On August 4, 2011, the magistrate judge filed findings and recommendations (ECF No. 38), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On August 18, 2011, plaintiff filed objections to the proposed findings and recommendations (ECF No. 47), which the court has considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

1       The court has reviewed the applicable legal standards and, good cause appearing,
2 concludes the findings and recommendations should be adopted in full.
3       Accordingly, IT IS ORDERED that:
4       1. The Findings and Recommendations filed August 4, 2011, are ADOPTED;
5       2. Defendant California Highway Patrol's motion to dismiss (ECF No. 4) is
6 granted; and
7       3. All of plaintiff's claims against defendant California Highway Patrol are
8 dismissed with prejudice, and defendant California Highway Patrol is dismissed from this action.
9 DATED: December 9, 2011.

                                                UNITED STATES DISTRICT JUDGE

26 /mccain.jo.38