IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRILYN McCAIN,

    Plaintiff,                        No. CIV 2:11-cv-1265 KJM AC PS

   vs.

MANGHAM, *et al.*,

    Defendants.                    <u>ORDER</u>

         Pending before the court is plaintiff's November 28, 2012 motion for summary judgment, set for hearing on January 16, 2013. Also pending is defendants' ex parte motion for order shortening time on their January 3, 2013 joint motion for terminating sanctions or, in the alternative, motion to compel. On review of the motions, the docket in this case, and good cause appearing therefor, IT IS HEREBY ORDERED that:

         1. The January 16, 2013 hearing on plaintiff's motion for summary judgment is continued to March 13, 2013 at 10:00 a.m. in courtroom # 26;

         2. Defendants' January 3, 2013 ex parte motion for order shortening time is partially granted. Doc. No. 145;

////

1

3. The defendants' January 3, 2013 joint motion for terminating sanctions or, in the alternative, motion to compel (Doc. No. 146) is hereby set for hearing on January 23, 2013 at 10:00 a.m. in courtroom # 26 before the undersigned. In light of the defendants' assertion that plaintiff has failed entirely to participate in discovery in this case, defendants are absolved of the requirement to seek participation from plaintiff in filing a joint discovery statement. See Local Rule 251(e). Defendants shall, however, file supplemental briefing regarding any proposed changes to the December 1, 2011 pretrial scheduling order on or before January 10, 2013. Plaintiff shall submit her response to defendants' joint motion on or before January 16, 2013.

DATED: January 7, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;mcca1265.jo