IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRILYN McCAIN,

    Plaintiff,                                    No. 2:11-cv-1265 KJM AC PS

    vs.

MANGHAM, *et al.*,

    Defendants.                             <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 72-302(c)(21).

        On February 12, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2013 are adopted in full;

2. All dates in this case are vacated and all motions denied without prejudice;

3. This action is stayed. The Clerk of the Court is directed to administratively close this case;

4. Plaintiff is directed to file a status report within fourteen (14) days from her release from commitment; and

5. Until ordered otherwise, the defendants are directed to file a status report no later than the 20th of each month apprising the court of the status of the criminal case pending against plaintiff.

DATED: March 20, 2013.

_____
UNITED STATES DISTRICT JUDGE