1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  TERRILYN McCAIN,

12              Plaintiff,              No. 2:11-cv-1265 KJM AC PS

13        vs.

14  MANGHAM, *et al.*,

15              Defendants.            ORDER TO SHOW CAUSE

16  _____/

17              This case was stayed on March 21, 2013 (ECF No. 159) by the Honorable

18  Kimberly J. Mueller due to notice of plaintiff's commitment in a criminal case pending against

19  her, United States v. McCain, 2:12-cr-0144 TLN.  In the order staying this case, plaintiff was

20  directed to file a status report within fourteen days from the date of her release from

21  commitment.  Based on the joint status reports filed by the defendants and review of the docket

22  in the criminal case, it appears plaintiff was released from commitment on March 14, 2013.  It

23  also appears that plaintiff will appear before the district judge in the criminal case on May 9,

24  2013.  More than fourteen days have passed since her release from commitment, and plaintiff has

25  not submitted a status report to the court.

26  ////

1

1    Accordingly, **IT IS HEREBY ORDERED** that a status conference is scheduled

2 for May 15, 2013 at 10:00 a.m. in courtroom #26.  At the conference, plaintiff shall show cause

3 why sanctions should not be imposed, up to and including dismissal, for her failure to comply

4 with a court order.  See Local Rule 110.

5 DATED: April 30, 2013.

6

7 _____
ALLISON CLAIRE

8 UNITED STATES MAGISTRATE JUDGE

9

10 /mb;mcca1265.osc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26