IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRILYN McCAIN,

    Plaintiff,                                No. 2:11-cv-1265 KJM AC PS

    vs.

MANGHAM, *et al.*,

    Defendants.                          ORDER TO SHOW CAUSE

_____/

        This case was stayed on March 21, 2013 (ECF No. 159) by the Honorable Kimberly J. Mueller due to notice of plaintiff's commitment in a criminal case pending against her, United States v. McCain, 2:12-cr-0144 TLN. In the order staying this case, plaintiff was directed to file a status report within fourteen days from the date of her release from commitment. Based on the joint status reports filed by the defendants and review of the docket in the criminal case, it appears plaintiff was released from commitment on March 14, 2013. It also appears that plaintiff will appear before the district judge in the criminal case on May 9, 2013. More than fourteen days have passed since her release from commitment, and plaintiff has not submitted a status report to the court.

////

Accordingly, IT IS HEREBY ORDERED that a status conference is scheduled for May 15, 2013 at 10:00 a.m. in courtroom #26. At the conference, plaintiff shall show cause why sanctions should not be imposed, up to and including dismissal, for her failure to comply with a court order. See Local Rule 110.

DATED: April 30, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;mcca1265.osc