1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10   TERRILYN McCAIN,

11              Plaintiff,                    No. CIV S-11-1265 KJM AC PS

12        v.

13   MANGHAM, et al.,                         ORDER AND ORDER TO SHOW CAUSE

14              Defendants.
     _____/

15
             On March 21, 2013, the court stayed this case in light of the fact that plaintiff had
16
     been committed for an evaluation of her competence to stand trial in *United States v. McCain*,
17
     Cr. No. S-12-0144 TLN.  ECF No. 59.  The court directed plaintiff to file a status report within
18
     fourteen days from the date of her release from confinement.  *Id*.
19
             Plaintiff was released from confinement on March 14, 2013 after the court
20
     determined she was competent to stand trial.  *United States v. McCain*, Cr. No. S-12-0144 TLN,
21
     ECF No. 158 (minutes of hearing of March 14).[1]  She has not filed a status report in this case.
22
     /////
23
     /////
24

25   _____

26        [1] The court takes judicial notice of the records in this case. *United States v. Black*, 482
     F.3d 1035, 1041 (9th Cir. 2007).

1

IT IS THEREFORE ORDERED that:

1.  The stay entered on March 21, 2013 is hereby lifted; and

2.  Plaintiff is directed to show cause within fourteen days of the date of this order why this case should not be dismissed in light of her failure to prosecute and to comply with the court's order.

DATED:  May 1, 2013.

_____
UNITED STATES DISTRICT JUDGE