UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN McCAIN,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA HIGHWAY PATROL, ET AL.,<br><br>           Defendants. | No.  2:11-cv-1265 KJM AC PS<br><br><br><br>ORDER |

Discovery in this action was previously stayed pending ruling on an Order to Show Cause by the Honorable Kimberly J. Mueller.  Judge Mueller has now issued an order vacating the Order to Show Cause and granting plaintiff leave to proceed with her claim against defendants.

Accordingly, IT IS HEREBY ORDERED that a status conference is set for June 4, 2014 at 10:00 a.m. in Courtroom No. 26 before the undersigned.  The parties shall file updated status reports no later than fourteen (14) days before the conference apprising the court of the status of this case.  The parties are specifically directed to address the need for future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial, and whether a settlement conference should be scheduled.  The

////

////

parties may also address any other matters that may add to the just and expeditious disposition of this matter.

DATED: April 21, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE