UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN McCAIN, | No. 2:11-cv-01265 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, ET AL., | |
| Defendants. | |

The court issued findings and recommendations on June 25, 2014, recommending this action be stayed pending the Honorable Troy L. Nunley's ruling on plaintiff's competency in a pending criminal matter. ECF No. 179; See USA v. McCain, 2:12–cr–00144–TLN. On October 23, 2014, Judge Nunley found plaintiff competent to proceed with trial in the criminal matter. USA v. McCain, ECF No. 152. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed on June 25, 2014 are vacated.

IT IS FURTHER ORDERED that a status conference is set for January 7, 2015 at 10:00 a.m. in Courtroom No. 26 before the undersigned. The parties shall file updated status reports no later than fourteen (14) days before the conference apprising the court of the status of this case. The parties are specifically directed to address the need for future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial

1  conference and trial, and whether a settlement conference should be scheduled.  The parties may
2  also address any other matters that may add to the just and expeditious disposition of this matter.
3    The Clerk of the Court is directed to amend the docket to reflect plaintiff's contact
4  information as contained in plaintiff's criminal matter, <u>USA v. McCain</u>, 2:12–cr–00144–TLN,
5  which includes her address for service only at the Sacramento Main Jail.  The Clerk of the Court
6  is further directed to serve plaintiff with a copy of this order at both her physical address in
7  Stockton, California and at the Sacramento Main Jail in Sacramento, California.
8    IT IS SO ORDERED.
9  DATED: November 20, 2014

            _____
            ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE