UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN McCAIN,

        Plaintiff,                  No.  2:11-cv-1265 KJM AC PS

vs.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Terrylyn McCain, inmate # X-4838263, a necessary and material witness in proceedings in this case on January 7, 2015, is confined in Sacramento County Jail, 651 I Street, Sacramento, California, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States District Courthouse, 501 I Street, Sacramento, California on January 7, 2015, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on theUnited States Marshals.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Sheriff of Sacramento County Main Jail, 651 I Street, Sacramento, California, 95814:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 20, 2014

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE