UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN McCAIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, ET AL.,<br><br>  Defendants. | No.  2:11-cv-01265 KJM AC PS<br><br><br>ORDER |

On November 21, 2014, the court issued an order vacating its findings and recommendations and scheduling a status conference for January 7, 2015.  ECF No. 180.

On December 18, 2014, defendants filed a joint request to continue the January 7, 2015 status conference.  ECF No. 183.  Defendants state that counsel for Tow Defendants is scheduled to attend a trial on January 7, 2015, which was continued "due to the illness of other counsel."

Good cause appearing, IT IS HEREBY ORDERED that the status conference scheduled for January 7, 2015 is continued to January 28, 2015.  The deadline for status reports set in the court's November 21, 2014 remains unchanged.

IT IS SO ORDERED.

DATED: December 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE