UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN MCCAIN, | No. 2:11-cv-01265-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| MANGHAM, et al., | |
| Defendants. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On February 26, 2016, defendants Mike's Towing Service and Michael D. Olivarez ("Towing Defendants") moved to extend the dispositive motions deadline by ninety days, and the final pretrial conference and trial by 120 days. ECF No. 226. In support of their motion, the Towing Defendants described the difficulty they have had in obtaining proper discovery responses from plaintiff. Id. In light of these difficulties, along with the difficulties that accompany plaintiff being an incarcerated litigant, the court will grant defendants' motion for an extension of time.

In accordance with the foregoing, THE COURT HEREBY ORDERS that:

1. The Towing Defendants' motion to modify the scheduling order, ECF No. 226, is GRANTED.

2. All pretrial motions, except motions to compel discovery, shall be completed on or before June 29, 2016.

1

3. The final pretrial conference is set before Judge Kimberly J. Mueller on October 21, 2016, at 10:00 a.m. in Courtroom No. 3. Pretrial statements shall be filed in accordance with Local Rules 281 and 282, and the requirements set forth herein.

4. A jury trial is set to commence before Judge Kimberly J. Mueller on December 12, 2016, at 9:00 a.m. in Courtroom No. 3.

5. Failure to comply with the terms of this order may result in the imposition of monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

DATED: March 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE