UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN MCCAIN, | No. 2:11-cv-1265 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| MANGHAM, et al., | |
| Defendants. | |

The remaining parties to this action have filed a joint stipulation requesting a further status conference. ECF No. 279. The court agrees that the current schedule needs to be amended, and that a further status conference would be helpful in managing the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The currently scheduled dates for the final pretrial conference and for trial – October 21, 2016, and December 12, 2016, respectively (see ECF No. 227) – are VACATED.
2. This matter is SET for a further Status Conference on Wednesday, October 19, 2016 at 10:00 a.m., before the undersigned.
   A. Plaintiff shall appear at the hearing telephonically.
   B. A separate order and writ of habeas corpus ad testificandum will issue concurrently to provide for plaintiff's telephonic attendance at the Status Conference.

1

3. The parties shall file Status Reports – one for plaintiff, one joint Report for all defendants – not to exceed three pages each, setting forth the following:

    A. What motions are currently pending, including discovery motions, and the state of the briefing on each.  This includes all ex parte applications and requests that the parties want the court to act upon, in addition to formal motions.

    B. What discovery has yet to be completed, if any.

    C. The parties shall advise the court of what new dates they propose, to modify those set forth at ECF No. 227.

    D. The Status Reports shall be filed no later than October 5, 2016.

4. The Clerk of the Court is directed to fax a courtesy copy of this order, the separate order and writ of habeas corpus ad testificandum, and telephone instructions, to the Litigation Coordinator at FCI Victorville Medium II, at (760) 530-5103, and to email same to her at n2brown@bop.gov.

DATED: September 21, 2016

ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE