UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN MCCAIN,

        Plaintiff,        No. 2:11-cv-1265 KJM AC

  vs.

CALIFORNIA HIGHWAY PATROL,
et al.,

        Defendants.    **ORDER & WRIT OF HABEAS CORPUS / AD TESTIFICANDUM**

      Terrylyn McCain, register number 81618-053, a necessary and material witness in proceedings in this case on November 2, 2016, is confined in FCI Victorville Medium II, 13777 Air Expressway Blvd., Victorville, CA 92394, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by telephonic-conferencing at FCI Victorville Medium II, on November 2, 2016, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at FCI Victorville Medium II, at (760) 530-5103, and to email same to n2brown@bop.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of FCI Victorville Medium II, Federal Correctional Institution, P. O. Box 5400, Adelanto, CA 92301:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 19, 2016

                                            */s/ Allison Claire*
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE