UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN MCCAIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　　Defendants. | No.  2:11-cv-1265 KJM AC (PS)<br><br><br>ORDER |

　　　　The further Status Conference scheduled for October 19, 2016 did not proceed, and is now continued to a later date.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. This matter is SET for a further Status Conference on Wednesday, November 2, 2016 at 10:00 a.m., before the undersigned.

　　A. Plaintiff shall appear at the hearing telephonically.  The court has e-mailed the call-in information to the Litigation Coordinator at FCI Victorville.

　　B. A separate order and writ of habeas corpus ad testificandum will issue concurrently to provide for plaintiff's telephonic attendance at the Status Conference.

2. The parties have already filed their Status Reports, and need not file any additional reports.

1

3. The Clerk of the Court is directed to fax a courtesy copy of this order, the separate order and writ of habeas corpus ad testificandum, and telephone instructions, to the Litigation Coordinator at FCI Victorville Medium II, at (760) 530-5103, and to email same to her at n2brown@bop.gov.

DATED: October 19, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE