IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRYLYN McCAIN,** | Case No. 2:11-cv-1265 KJM AC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, et al.,** | |
| Defendants. | |

IT IS HEREBY ORDERED that defendants' *ex parte* application to briefly continue the Further Pre-trial Status Conference of Nov. 2, 2016 (ECF No. 291), is GRANTED.

The Pre-trial Status Conference date of Nov. 2, 2016, is continued to November 9, 2016 at 10:00 a.m.  The clerk shall also issue a new Writ of Habeas Corpus Ad Testificandum for that date.

Dated:  October 31, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1