UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN McCAIN,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>            Defendants. | No.  2:11-cv-1265 KJM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this case pro se, and the case was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  This matter was scheduled for a Status Conference on November 9, 2016, before the undersigned.  Even though plaintiff is incarcerated, and a live hearing is therefore not required under this court's rules and would not ordinarily be held, the court scheduled a live hearing to sort through the large number of pending motions, and to ensure that plaintiff had an opportunity to participate in that process.  Plaintiff, however, was unable to connect with the court's telephonic conferencing system at the time of the hearing, despite good faith efforts to do so.  Defendants' counsel were present in court.  This being the second failed attempt to conduct a live status conference, this case will henceforth return to its status as a prisoner case governed by Local Rule 230(*l*), which normally applies when one party

////

1

is incarcerated.  Accordingly, this and future motions and status conferences will be conducted on the papers, unless ordered otherwise.

  The court having reviewed the Status Reports submitted by the parties (ECF Nos. 282, 283), and the pending motions, IT IS HEREBY ORDERED as follows:

1. The parties have 30 days from the date of this order to file Oppositions to the pending motions for summary judgment (ECF Nos. 250, 259, 262, 265).  The Oppositions (including any supplement plaintiff wishes to file to her Opposition, ECF No. 269), shall include or be accompanied by all declarations, statements of disputed or undisputed facts, and all other appropriate materials under Fed. R. Civ. P. 56.  Replies, if any, shall be filed no later than 30 days from the date the relevant Opposition was filed.  Those motions will then be taken under submission.  In light of this generous briefing schedule, requests for extension of time will be disfavored and must be supported by a showing of exceptional circumstances.

2. Because plaintiff asserts (see ECF No. 284) that she has not received the California Highway Patrol defendants' briefing on their motion for summary judgment, those defendants shall re-serve ECF Nos. 262, 263 on plaintiff immediately.

3. The Tow defendants' motion to compel plaintiff to sign her deposition transcript (ECF No. 215), and their ex parte application (ECF No. 246, with plaintiff's response at ECF No. 286), are taken under submission.  No further briefing on those matters shall be filed.

4. All other motions to compel (ECF Nos. 190, 211, 233, 234, 284), are DENIED without prejudice to their renewal after the summary judgment motions have been resolved (that is, after the undersigned has filed findings and recommendations on the motions, and after the district judge has ruled on them).

5. All remaining motions (ECF Nos. 266, 268, 295) are DENIED.

////

////

////

////

6. No party shall file any further motions (other than requests for extensions of time to file the documents referred to in this order), until the summary judgment motions have been resolved.

DATED: November 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE