UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRYLYN MCCAIN, | No. 2:11-cv-1265 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| MANGHAM, et al., | |
| Defendants. | |

Defendants Mike's Towing Service, Inc. and Michael D. Olivarez, have filed an ex parte application for an order clarifying the briefing schedule set forth at ECF Nos. 296 (schedule), 305 (granting defendants' requested extension). ECF No. 307.

The application (ECF No. 307), is hereby GRANTED as follows:

1. Plaintiff's motion for summary judgment (ECF No. 265) has been supplemented and/or supported by documents filed at ECF Nos. 267, 272, 286[1] and 302. Plaintiff shall file no further documents in support of her motion until defendants have opposed the motion and it is plaintiff's turn to reply.

---

[1] It is unclear whether ECF No. 286, plaintiff's "Correction(s) of Deem Facts," is intended to support her own motion for summary judgment or her opposition to either or both of defendant's motions. The court will consider this document, to the extent if any that it is applicable, in both contexts.

1

2. Defendants' opposition briefs and any supporting documents are due on January 12, 2017. Defendants shall address plaintiff's motion for summary judgment as supplemented and/or supported by ECF Nos. 267, 272, 286 and 302.

3. Plaintiff may reply to defendants' oppositions no later than March 10, 2017. Materials submitted after March 10, 2017 will not be considered.

4. Plaintiff has opposed the Tow defendants' motion for summary judgment (ECF Nos. 250, 259) at ECF Nos. 269 and 294. Plaintiff has opposed the CHP defendants' motion for summary judgment (ECF Nos. 262, 264) at ECF Nos. 300 and 302. Plaintiff shall file no further documents in opposition to these motions without leave of court, which will be granted only for good cause.

5. Defendants' reply brief in support of their motions are due on March 10, 2017.

IT IS SO ORDERED.

DATED: December 22, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE