IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRYLYN McCAIN,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA HIGHWAY PATROL, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:11-cv-1265 KJM AC<br><br>**[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION TO SUBSTITUTE PROPERLY REDACTED DOCUMENT PURSUANT TO LOCAL RULES 140 AND 141; DECLARATION OF ALBERTO L. GONZÁLEZ; [PROPOSED] ORDER**<br><br>[Local Rules 140 and 141]<br><br>Courtroom:　26<br>Judge:　　　Hon. Allison Claire<br>Trial Date:　Not Set<br>Action Filed:　May 4, 2011 |

**[~~PROPOSED~~] ORDER**

The request made by defendants Mangham, Walling and Pini for an order granting the substitution of previously filed documents for properly redacted documents pursuant to Local Rules 140 and 141, is hereby granted. The documents filed in support of CHP Defendants' Opposition to Plaintiff's Motion for Summary Judgment (Court Docket No. 311) as docket numbers 311-11 and 311-15, shall be replaced with the properly redacted documents attached thereto.

///

1 　　The Clerk of the Court clerk is directed to replace docket numbers 311-11 and 311-15, with
2 the properly redacted documents attached to defendants' Ex Parte Application.
3 　　IT IS SO ORDERED.
4 DATED: January 23, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE